UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CIV-62877-BLOOM/VALLE

HOWARD COHAN,

        Plaintiff,

vs.

AQUA MAR CONDOMINIUM AND
APARTMENT ASSOCIATION, INC
d/b/a AQUA MAR,

        Defendants.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, HOWARD COHAN, by and through undersigned counsel, hereby notifies the Court that the parties are in the process of executing the Settlement Agreement and request 30 days to finalize the settlement and file for Dismissal with Prejudice of this matter. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties thirty (30) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding Dismissal with Prejudice of the Action.

## CERTIFICATE OF SERVICE

I certify that January 29, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record in this action via email and via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

MARK D. COHEN, P.A.
Co-Counsel for Plaintiff
Presidential Circle
4000 Hollywood Blvd., Ste. 435 So.
Hollywood, Florida 33021
Telephone (954) 962-1166
Fascimile (954) 962-1779

/s/ Mark D. Cohen
_____
Mark D. Cohen, Esquire
Email: mdcohenpa@yahoo.com