UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-62877-BB

HOWARD COHAN,

        Plaintiff,

vs.

AQUA MAR CONDOMINIUM AND
APARTMENT ASSOCIATION, INC.
d/b/a AQUA MAR,,

        Defendant.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

        Plaintiff, HOWARD COHAN, and Defendant, AQUA MAR CONDOMINIUM AND APARTMENT ASSOCIATION, INC.d/b/a AQUA MAR, by and through undersigned counsel, and pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above-styled action with prejudice, as the parties have amicably resolved this matter in settlement. The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the settlement agreement reached in this case.

        AGREED and STIPULATED to this 6th day of March, 2015.

| /s/ Mark D. Cohen | /s/ Karen M. Nissen |
|---|---|
| _____ | _____ |
| Mark D. Cohen, Esquire | Karen M. Nissen, Esquire |
| Florida Bar No. 347345 | Florida Bar No.: 0883761 |
| **MARK D. COHEN, P.A.** | **Vernis & Bowling of Palm Beach, P.A.** |
| Presidential Circle | 884 US Highway One |
| 4000 Hollywood Boulevard, Suite 435 So. | North Palm Beach, FL 33408 |
| Hollywood, Florida 33021 | Telephone: (561) 775-9822 |
| Telephone: (954) 962-1166 | Facsimile: (561) 775-9821 |
| Facsimile: (954) 962-1779 | E-mail: knissen@florida-law.com |
| E-mail: mdcohenpa@yahoo.com | Secondary: alandrum@florida-law.com |
| *Counsel for Plaintiff* | pbfiling@florida-law.com |
| | *Counsel for Defendant* |

1