UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-62877-CIV-BLOOM/VALLE

**HOWARD COHAN**,

    Plaintiff,

v.

**AQUA MAR CONDOMINIUM AND APARTMENT ASSOCIATION, INC.**, *d/b/a* AQUA MAR,

    Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** is before the Court upon the parties' Stipulation for Dismissal with Prejudice, ECF No. [14], filed on March 6, 2015. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that:

1. The parties' Stipulation of Dismissal with Prejudice, **ECF No. [14]**, is **APPROVED** and **ADOPTED**, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**;
2. The Court shall retain jurisdiction to enforce the terms of the settlement agreement reached in this case;
3. Each party is to bear its own attorneys' fees and costs;
4. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of March, 2015.

*[signature]*

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

CASE NO. 14-CIV-61257-BLOOM/VALLE